L. Kristopher Rath, Esq. (5749)
Jacob A. Reynolds, Esq. (10199)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Telephone:  (702) 385-2500
Facsimile:   (702) 385-2086
Email: krath@hutchlegal.com
Email: jreynolds@hutchlegal.com

Michael McNamee (Admitted Pro Hac Vice)
Charles Spevacek (Admitted Pro Hac Vice)
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, Minnesota  55402
Telephone:  (612) 338-0661
Facsimile:   (612) 338-8384
Email: mmcnamee@meagher.com
Email: cspevacek@meagher.com

*Attorneys for Plaintiff*
Hartford Casualty Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | CASE NO.: 2:10-cv-00914-RLH-RJJ |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SBA CONSULTING SERVICES, INC., | |
| Defendant. | |

      This matter came before the Court on Plaintiff Hartford Casualty Insurance Company's (hereinafter "Hartford") motion for Default Judgment (Dkt. #17, hereinafter the "Motion"). Defendant failed to appear and defend in this lawsuit.

      Pursuant to the Findings of Fact, Conclusions of Law, and Decision entered herein, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Judgment be entered against the Defendant as follows:

////

////

1    The Court DECLARES that the Hartford Policy does not provide coverage for SBA Consulting for any of the claims in the underlying lawsuit *Robert Williams, a sole proprietorship doing business as Mail Masters; Ed Hartman, a sole proprietorship doing business as Olympic Marimba Records, Ed Hartman Percussion Studio and The Drum Exchange; Angela Lenz, a sole proprietorship doing business as Tails-A-Wagging; and Woodruff & Associates, LLC  v. SBA Consulting Services, Inc.,* Case Number 10-206288-2 (SEA) (hereinafter the "Underlying Lawsuit"), including the claims for alleged violations of RCW §80.36.400 and the Washington Consumer and Media Act, RCW §19.86.

    The Court FURTHER DECLARES that there is no duty to defend SBA Consulting in the Underlying Lawsuit under the Hartford Policy.

    The Court FURTHER DECLARES that there is no duty to indemnify SBA Consulting in the Underlying Lawsuit under the Hartford Policy.

Dated January 25, 2011

_____
**ROGER L. HUNT**
**Chief United States District Judge**